THE STATE OF OHIO, APPELLANT, *v.* WILLIAMS, APPELLEE.

[Cite as *State v. Williams,* 108 Ohio St.3d 532, 2006-Ohio-1710.]

(Nos. 2004–1320 and 2004–1699—Submitted March
15, 2006—Decided April 19, 2006.)

{¶ 1} The certified question is answered in the affirmative, the judgment of the court of appeals is reversed on the authority of *State v. Threatt,* 108 Ohio St.3d 277, 2006-Ohio-905, 843 N.E.2d 164, and the judgments of the trial court denying appellee's motions to waive court costs and to vacate the order of garnishment are reinstated.

MOYER, C.J., RESNICK, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

PFEIFER, J., dissents for the reasons stated in his separate opinion in *State v. White,* 103 Ohio St.3d 580, 2004-Ohio-5989, 817 N.E.2d 393.

_____

John D. Ferrero, Stark County Prosecuting Attorney, and Kathleen O. Tatarsky and Amy S. Andrews, Assistant Prosecuting Attorneys, for appellant.

J. Dean Carro, for appellee.

THE STATE OF OHIO, APPELLANT, *v.* CARTER, APPELLEE.

[Cite as *State v. Carter,* 108 Ohio St.3d 532, 2006-Ohio-1711.]

(Nos. 2004–1324 and 2004–1692—Submitted March 15, 2006—Decided April 19, 2006.)

{¶ 1} The certified question is answered in the affirmative, the judgment of the court of appeals is reversed on the authority of *State v. Threatt,* 108 Ohio St.3d 277, 2006-Ohio-905, 843 N.E.2d 164, and the judgments of the trial court denying appellee's motions to waive court costs and to vacate the order of garnishment are reinstated.

MOYER, C.J., RESNICK, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

PFEIFER, J., dissents for the reasons stated in his separate opinion in *State v. White,* 103 Ohio St.3d 580, 2004-Ohio-5989, 817 N.E.2d 393.

John D. Ferrero, Stark County Prosecuting Attorney, and Kathleen O. Tatarsky and Amy S. Andrews, Assistant Prosecuting Attorneys, for appellant.

J. Dean Carro, for appellee.

FOWEE ET AL., APPELLEES, *v.* WESLEY HALL, INC., APPELLANT.

[Cite as *Fowee v. Wesley Hall, Inc.,*
108 Ohio St.3d 533, 2006-Ohio-1712.]